No. 87–1408.   AIELLO v. MARTIN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–1410.   BANKS v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 87–1417.   KLEIN INDEPENDENT SCHOOL DISTRICT ET AL. v. MATTOX, ATTORNEY GENERAL OF TEXAS.   C. A. 5th Cir. Certiorari denied.

No. 87–1418.   TICKLE ET AL. v. SHELBY COUNTY, TENNESSEE, ET AL.   Sup. Ct. Tenn.   Certiorari denied.

No. 87–1423.   E & S DESIGN & DEVELOPMENT, LTD., ET AL. v. MONTGOMERY, DISTRICT DIRECTOR, UNITED STATES DEPARTMENT OF JUSTICE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir.   Certiorari denied.

No. 87–1426.   DEVON BANK v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.   C. A. 7th Cir.   Certiorari denied.

No. 87–1427.   SCHROEDER v. UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–1432.   A. C. ET AL. v. IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 87–1438.   J. K. AND SUSIE L. WADLEY RESEARCH INSTITUTE & BLOOD BANK, DBA THE BLOOD BANK AT WADLEY v. HOUSTON, JUDGE, 211TH JUDICIAL DISTRICT COURT OF DENTON COUNTY, TEXAS.   Ct. App. Tex., 2d Dist.   Certiorari denied.

No. 87–1440.   SAN DIEGO AND IMPERIAL COUNTIES BUTCHERS' AND FOOD EMPLOYERS' PENSION TRUST FUND v. CUYAMACA MEATS, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–1444.   GENDRON ET AL. v. PAN AMERICAN WORLD AIRWAYS, INC.   C. A. 5th Cir.   Certiorari denied.

No. 87–1447.   YOUNG ET AL. v. NEW HAMPSHIRE.   Sup. Ct. N. H.   Certiorari denied.